UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BOARD OF TRUSTEES OF THE UNITED UNION
ROOFERS, WATERPROOFERS & ALLIED WORKERS
LOCAL UNION NO. 8 W.B.P & A FUNDS,

          Plaintiffs,

-against-

TWIG ROOFING INC.,

          Defendant.
------------------------------------------------------------

05 CV 238 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 17, 2006 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court grants plaintiffs' motion for default judgment. The court orders that judgment be entered against defendant in the amount of $22,515.99. This to amount represents $12,314.77 of unpaid contributions, interest through March 31, 2006 in the amount of $4,530.61, liquidated damages of $4,530.61, and attorneys' fees and costs in the amount of $1,140.

          SO ORDERED.

                                      Allyne R. Ross
                                      United States District Judge

Dated: March 31, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiff:*
Dana Lynne Henke
Barnes, Iaccarino, Virginia, Ambinder & Shepherd PLLC
258 Saw Mill River Road
Elmsford, NY 10523

*Defendant*:
Twig Roofing Inc.
2075 Ninth Avenue
Ronkonkoma, NY 11779

cc:     Magistrate Viktor V. Pohorelsky